**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 10, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00738-CV

## IN RE EDWARD R. NEWSOME, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
151st District Court
Harris County, Texas
Trial Court Cause No. 2012-24410**

## MEMORANDUM OPINION

On September 2, 2015, relator Edward R. Newsome filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator complains of actions taken by respondents "John Doe, et al."

This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus

jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Relator has not named a judge of a district or county court in this court's district as respondent or shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against "John Doe, et al."

Accordingly, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.

2